**Entered on Docket
January 18, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



SHERYL K. ITH
(STATE BAR NO. 225071)
JENNIFER H. WANG
(STATE BAR NO. 242998)
jwang@cookseylaw.com
COOKSEY, TOOLEN, GAGE,
 DUFFY & WOOG
A Professional Corporation
535 Anton Boulevard, 10th Floor
Costa Mesa, California 92626
Telephone: (714) 431-1100
Facsimile: (714) 431-1145

Attorneys for Creditor
FLAGSHIP CREDIT ACCEPTANCE

The following constitutes the order of the Court.
Signed: January 18, 2019

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>EDGAR JOSE CRUZANGULO,<br><br>Debtor. | CASE NO. 18-50971-SLJ<br><br>Chapter 13<br><br>ORDER ON STIPULATION TO ALLOW FLAGSHIP CREDIT ACCEPTANCE'S LATE-FILED CLAIM<br><br>No hearing currently scheduled |

Pursuant to the Stipulation To Allow Flagship Credit Acceptance's Late-Filed Claim, and good cause appearing,

IT IS HEREBY ORDERED that the terms and conditions set forth in the Stipulation To Allow Flagship Credit Acceptance's Late-Filed Claim, filed on January 14, 2019, as document #36, are hereby approved and made order of the court.

**END OF ORDER**

COURT SERVICE LIST

**DEBTOR:**
To be served by Attorney

**ATTORNEY FOR DEBTOR**:
To be served electronically

**TRUSTEE:**
To be served electronically

**U.S. TRUSTEE**
To be served electronically

**ATTORNEY FOR CREDITOR:**
To be served electronically